

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00324-CV

Angela **MOORE** a/k/a Angela Christine Roberts, Individually and as Representative of the Estate of Alexandra Elisabeth Anderson, Deceased, Jesse Amaya, and Jason Hays, Appellants

v.

**STRIKE, LLC**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 16-03-55764-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

After this court granted Appellants' first motion for extension of time to file their brief, it was due on July 25, 2016. The day after the brief was due, Appellants filed their brief and a motion for a one-day extension of time to file the brief.

Appellants' motion is GRANTED; Appellants' brief is deemed timely filed. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court